UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

            -against-                    :

                       :

Alfredo Antonio Morales-Sanchez            :
               Defendant.

                       :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

16  Cr. 264  (VB)

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

      The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the  Honorable Lisa M.Smith, United States Magistrate Judge, dated April 14, 2016, is approved

and accepted.

      The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
     April 18, 2016

_____
       Vincent Briccetti
   United States District Judge